1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

ASPEN LODGING GROUP LLC, et al.,

Plaintiffs,

v.

AFFILIATED FM INSURANCE COMPANY,

Defendant.

C20-1038 TSZ

MINUTE ORDER

14

15

16

17

18

19

20

21

22

23

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiffs' Unopposed Motion for Extension, docket no. 7, is GRANTED. Plaintiffs shall file the Corporate Disclosure Statements pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1 on or before July 28 ,2020.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1