UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASPEN LODGING GROUP LLC; et al., | CASE NO. 2:20-cv-01038-BJR |
| *Plaintiffs*, | SCHEDULING ORDER |
| v. | |
| AFFILIATED FM INSURANCE COMPANY, | |
| *Defendant*. | |

The Court is in receipt of the parties' responses to the Court's requests for a scheduling order.  Dkt. Nos. 24, 25.  The Court will set the following schedule: Plaintiff Vancouver Clinic Inc. PS ("TVC") shall refile its Motion for Partial Summary Judgment originally filed on October 20, 2020 no later than January 15, 2020.  Plaintiffs Aspen Lodging Group LLC, et al. ("Aspen Lodging") shall file a brief joining in TVC's Motion for Partial Summary Judgment no later than January 15, 2020.  That brief shall include only arguments not already covered by TVC's Motion and shall not exceed 15 pages.

Defendant Affiliated FM Insurance Company shall file a consolidated Cross-Motion for Summary Judgment against both sets of Plaintiffs no January 15, 2020.  That brief shall not exceed 30 pages.

Plaintiffs shall file a consolidated response in support of their Motion and opposing

1

Defendant's Cross-Motion no later than February 12, 2021 not to exceed 30 pages. Defendant shall respond to Plaintiffs' Motion and in support of its own Cross-Motion in one consolidated brief not to exceed 30 pages and not later than February 12, 2021. Plaintiffs shall then file one consolidated reply, not to exceed 15 pages, no later than March 5, 2021. Defendant shall file its reply, not to exceed 15 pages, no later than March 5, 2021.

Further, the parties' have requested the Court's assistance in framing their "statement of the issues." The Court advises the parties to dispense with a "statement of the issues" and proceed directly to briefing their respective motions.

DATED this 25th day of November, 2020.

BARBARA J. ROTHSTEIN<br>
UNITED STATES DISTRICT JUDGE