THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ASPEN LODGING GROUP LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation,<br><br>    Defendant.<br><br>VANCOUVER CLINIC INC. P.S., a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>AFFILIATED FM INSURANCE COMPANY, a Rhode Island corporation,<br><br>    Defendant. | No. 2:20-cv-01038-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF VANCOUVER CLINIC INC. P.S.' CLAIMS AGAINST AFFILIATED FM INSURANCE COMPANY |

STIPULATED MOTION AND ORDER OF DISMISSAL

(No. 2:20-cv-01038-BJR)

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

## I. STIPULATED MOTION

Plaintiff Vancouver Clinic Inc. P.S. ("TVC") and Defendant Affiliated FM Insurance Company ("AFM") (collectively the "Parties") stipulate that the claims asserted against AFM by the TVC in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION AND ORDER OF DISMISSAL

(No. 2:20-cv-01038-BJR) - 1

81206-00002/3975446.2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660


## II. ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that all claims brought against AFM by Plaintiff TVC be dismissed with prejudice and without costs or fees to any of the Parties.

**DATED THIS** 9th day of December, 2021.

*[Signature: Barbara J. Rothstein]*

HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER OF DISMISSAL

(No. 2:20-cv-01038-BJR) - 2

81206-00002/3975446.2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660